DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAMIAN A. FLETCHER,**
Petitioner,

v.

**PHYLLIS POPKINS, ALANA FICHTELBERG,** and
**DORIS ANN MARKOWITZ,**
Respondents.

No. 4D23-919

[June 7, 2023]

Petition for writ of certiorari to the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paul A. Damico, Judge; L.T. Case Nos. 502023DR002715, 502023DR001529, and 502023DR002629.

Damian A. Fletcher, Belle Glade, pro se.

No appearance for respondents.

PER CURIAM.

The above-styled case is redesignated to proceed as an appeal from a final order granting injunctive relief. This court has reviewed the petition and brief and finds that no preliminary basis for reversal has been demonstrated. The appeal is therefore affirmed pursuant to Florida Rule of Appellate Procedure 9.315.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***